**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Domingo NAJERA–PEREZ,**
**Defendant–Appellant.**

**No. 15–11009**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Jan. 19, 2016.

Michael John Brown, L. Skye Davis, Elizabeth Hathaway, John Andrew Horn,

Lawrence R. Sommerfeld, U.S. Attorney's Office, Atlanta, GA, for Plaintiff–Appellee.

Steven Berne, Law Office of Steven Berne, Atlanta, GA, for Defendant–Appellant.

Before WILSON, WILLIAM PRYOR and ROSENBAUM, Circuit Judges.

PER CURIAM:

Steven P. Berne, appointed counsel for Domingo Najera–Perez in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Najera–Perez's conviction and sentence are **AFFIRMED.**